UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENIS BISHOP, JR., <br><br> Plaintiff, <br><br> -vs.- <br><br> THE CINCINNATI INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 22-313 <br><br> Re: ECF No. 24 |

### ORDER APPROVING STIPULATION OF DISMISSAL

The above-captioned case having been settled, it is hereby stipulated by the parties that this case is dismissed with prejudice.

Dated: August 4, 2022.

By: /s/ Peter D. Giglione
　Peter D. Giglione
　Massa Butler Giglione
　Three Gateway Center; Suite 1543
　401 Liberty Avenue
　Pittsburgh, Pennsylvania 15222
　(412) 338-1800
　(412) 338-0357 (facsimile)
　*Counsel for Plaintiffs*

By: /s/ Adam M. Barnes
　Adam M. Barnes
　Walsh, Barnes & Zumpella, P.C.
　2100 Corporate Drive, Suite 300
　Wexford, PA 15090
　(412) 261-3268
　(412) 263-5632 - fax
　*Counsel for Defendant*

AND NOW, this __4th__, day of __August__, 20__22__.
IT IS SO ORDERED.

_/s/ Maureen P. Kelly_
UNITED STATES MAGISTRATE JUDGE